IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-42-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WIEST PERSONAL PROPERTY, SPECIFICALLY: | ) |
| | ) |
| BANK OF AMERICA ACCOUNT NUMBERED 000653598540 | ) |
| | ) |
| AND | ) |
| | ) |
| MERRILL LYNCH ACCOUNT NUMBERED 7Y170357, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 15th day of May, 2014.

*Julie A. Richards*
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina