IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION
                       NO.  5:14-CV-42-BR

 UNITED STATES OF AMERICA,       )
                                 )
             Plaintiff,          )
                                 )
         v.                      )
                                 )
 WIEST PERSONAL PROPERTY,        )
 SPECIFICALLY:                   )
                                 )
 BANK OF AMERICA ACCOUNT         )
 NUMBERED 000653598540           )
                                 )
 AND                             )
                                 )
 MERRILL LYNCH ACCOUNT NUMBERED  )
 7Y170357,                       )
                                 )
             Defendants.         )
_____

                       **DEFAULT JUDGMENT**
_____

    This matter is before the Court on Plaintiff's Motion for Default Judgment.  It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1.  Process was duly issued in this cause and the defendants were duly seized by the Defense Criminal Investigative Service pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry # 11;

5. The United States Marshals Service is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

This 26 June 2014.

_____
W. Earl Britt
Senior U.S. District Judge